IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAIGE MARTINEAU, *et al.*, | No. 4:25-CV-01848 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| AMERICAN BAR ASSOCIATION, *et al.*, | |
| Defendants. | |

## ORDER

**OCTOBER 15, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint is **DISMISSED** without prejudice;

    a. Plaintiff will have twenty-eight days to file an amended complaint.

    b. That amended complaint must comply with Federal Rule of Civil Procedure 8 and must not exceed forty pages, excluding only the caption, signature, and any attachments.

2. All ten of the currently pending motions in this case—Docs. 3-5, 8, 9-14—are **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge