SAUL EWING LLP

Matthew M. Haar
Phone: (717) 257-7508
Fax: (717) 238-4622
matt.haar@saul.com
www.saul.com

October 16, 2025

***Via ECF Filing***
Hon. Matthew W. Brann
United States District Court
for the Middle District of Pennsylvania
240 West Third Street
Williamsport, PA 17701

**Re: Martineau, *et al.* v. American Bar Assoc., *et al.***
**No. 4:25-cv-01848-MWB**

Dear Chief Judge Brann:

I represent Defendant Pennsylvania Bar Association in the above-referenced matter. I have read your Memorandum Opinion and Order (Docs. 17 & 18) from yesterday afternoon. In reference to my emergency motion (Doc. 16) filed yesterday afternoon, I have not received a response from Plaintiffs' counsel as to whether she concurs. Considering that Plaintiffs have an opportunity to file an Amended Complaint, I respectfully renew my request that the Court address my emergency motion before this Saturday, October 18.

Respectfully submitted,

*/s/ Matthew M. Haar*

Matthew M. Haar

cc: Paige J. Martineau, Esq. (via ECF filing)