Letter to the Court

Re: 4:25-cv-1848

Honorable Matthew Brann

Dear Judge Brann:

Throughout the day yesterday, October 16, 2025, Counsel for the PBA filed items to the docket within a few minutes of hearing from Plaintiffs. However, the PBA went silent at 4:00pm, when Plaintiffs emailed them that they would sign a stipulation consented to the request in their emergency relief on a temporary basis to give the Court time to review the pleadings.

At any time today, if the PBA would like to send a stipulation that Plaintiffs will consent to their (illegal) request on a reasonably temporary basis, to remove the emergency from the Court, Plaintiffs will sign, so that the Court does not have to rule on their request for an immediate hearing.

Paige Martineau, Esq.

Plaintiff.