IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAIGE MARTINEAU, *et al.*, | No. 4:25-CV-01848 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| AMERICAN BAR ASSOCIATION, *et al.*, | |
| Defendants. | |

### ORDER

**OCTOBER 31, 2025**

On October 17, 2025, this Court issued a Memorandum Opinion and Order (Doc. 26) regarding Defendant Pennsylvania Bar Association's Emergency Motion to Stop Plaintiff's Harassment and Intimidation of Participants in "Wills for Heroes." In that Order, the Court stated that "Plaintiffs are prohibited from contacting any employees of a named Defendant in this case other than through counsel of record." This Order was never intended to prohibit Plaintiff Martineau from appearing before any Defendants in this case on matters outside of this case. For that reason, the Court wishes to clarify its previous Order.

Therefore, **IT IS HEREBY ORDERED** that:

1. Plaintiffs are prohibited from contacting any employees of a named Defendant in this case other than through counsel of record. However:

    a.    Plaintiff Martineau may appear before named Defendants who are state/federal court judges, state clerks/prothonotaries, or any judge within a judicial district who is a party in this case on matters outside the issues represented in this lawsuit. She may conduct any advocacy or lawyering activities before those judges or clerks/prothonotaries on behalf of their clients in those cases.

2.    This Order shall take precedent over any part of this Court's October 17, 2025 Order (Doc. 26) if the two conflict.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge