IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAIGE MARTINEAU, et al<br><br>Plaintiff<br><br>v.<br><br>ABA, et. al<br><br>Defendants | CASE NO. 4:25-cv-1848<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiffs hereby voluntarily dismiss this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

No defendant has served an answer or a motion for summary judgment in this action.

Accordingly, this Notice of Voluntary Dismissal terminates the above-captioned action in its entirety without prejudice.

Respectfully submitted,

Dated: December 31, 2025.              s/Paige Martineau, Esq.

                                                                Paige Martineau, Esq.

Attorney

SLAAY (Susquehanna Legal Aid for Adults and Youth)

647 East Third Street

Williamsport, PA 17701

570-392-3025

paigemartineau@slaay.org